IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KARNISHA YOUNG**                                                                **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 3:19CVO20-NBB-RP**

**CITY OF SOUTHAVEN, MISSISSIPPI;**
**OFFICER T. WHITE, in his official and**
**Individual capacity; and OFFICER JAFFE,**
**in his official and individual capacity,**                     **DEFENDANTS**

## JOINT MOTION TO DISMISS

COME NOW the parties to this matter and file this, their Joint Motion to Dismiss the above styled and numbered action, and in support thereof, would respectfully show unto this Honorable Court as follows:

1. That the parties have resolved all claims in said matters through settlement.

2. That the parties wish to dismiss the above styled and numbered action with prejudice, with each party to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully pray that this Honorable Court dismiss the above styled and numbered action with prejudice, with each party to bear their own costs.

Respectfully submitted, this the 3rd day of January, 2020.

                                                 By:     */s/Robert E. Hayes, Jr.*
                                                          Robert E. Hayes, Jr., MSB # 100717
                                                          Attorney for Defendants

                                                          */s/ John Keith Perry, Jr.*
                                                          John Keith Perry, Jr., MSB # 99909
                                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Robert E. Hayes, Jr., hereby certify that on this date I have electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

    jkp@perrygriffin.com
    Attorney for Plaintiff

SO CERTIFIED, this the 3rd day of January, 2020.

                                              */s/ Robert E. Hayes, Jr.*
                                              Robert E. Hayes, Jr.